United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Rashada Hurley, Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 18-21159-Civ-Scola |
| | ) | |
| State of Florida, Respondent. | ) | |

**<ins>Order Adopting Magistrate Judge's Report And Recommendation</ins>**

This case was referred to United States Magistrate Judge Patrick A. White, consistent with Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. On April 16, 2018, Judge White issued a report, recommending that the Court dismiss the petition for writ of habeas corpus because the Court lacks subject matter jurisdiction, as the Petitioner is not "in custody" for purposes of habeas corpus relief under 28 U.S.C. § 2254. (Report of Magistrate, ECF No. 4.) Moreover, Judge White determined that even construing the petition liberally as arising under 28 U.S.C. § 2241, the Petitioner is a pretrial detainee and is not entitled to relief as she has not exhausted her state remedies, and *Younger* abstention applies. The Petitioner has not filed objections to the report, and the time to do so has passed.

The Court has considered Judge White's report, the record, and the relevant legal authorities. The Court finds Judge White's report and recommendation cogent and compelling. The Court **affirms and adopts** Judge White's report and recommendation (ECF No. 4). The Court **dismisses** the petition for writ of habeas corpus (ECF No. 1), leave to amend is **denied** as futile, and a certificate of appealability is **denied**. Finally, the Court directs the Clerk to **close** this case. Any pending motions are denied as moot.

**Done and ordered** at Miami, Florida, on May 10, 2018.

_____
Robert N. Scola, Jr.
United States District Judge